IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOOR AHMED HUSSEIN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MCCOOK DETENTION CENTER, et al.,<br><br>Respondents. | 8:26-CV-346<br><br>ORDER |

IT IS ORDERED:

1. The federal respondents may respond to the petitioner's motion to reopen (filing 14) on or before September 15, 2026.

2. The petitioner may reply in support of his motion on or before September 22, 2026.

Dated this 1st day of September, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge