IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOOR AHMED HUSSEIN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MCCOOK DETENTION CENTER, et al.,<br><br>Respondents. | 8:26-CV-346<br><br>ORDER |

IT IS ORDERED:

1. For the reasons stated in the Court's Memorandum and Order of July 29, 2026 (filing 12), the petitioner's "motion to reopen and reconsider" (filing 14) is denied.

2. As the government did not respond to the petitioner's motion to reopen, the petitioner's motion to extend the time to file a reply brief (filing 17) is denied as moot.

Dated this 23rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge